IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KOURTNEY VAUGHN, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 18-0282-KD-MU |
| OUTOKUMPU STAINLESS STEEL USA, LLC, | : | |
| Defendant. | : | |

## ORDER

This action is before the Court on the Motion to Dismiss filed by Defendant Outokumpu Stainless Steel USA, LLC (doc. 4). Defendant moved to dismiss Plaintiff Kourtney Vaughn's complaint for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Although given an opportunity to do so (doc. 9), Plaintiff did not respond to the Motion and did not file an amended complaint. The Magistrate Judge entered a Report and Recommendation that this action should be dismissed (doc. 13).

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and no objections having been filed by Plaintiff, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. Accordingly, this action is DISMISSED.

DONE this 29th day of August 2018.

                                                        s / Kristi K. DuBose
                                                        KRISTI K. DuBOSE
                                                        CHIEF UNITED STATES DISTRICT JUDGE